**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward A. BARKER, Defendant–
Appellant.**

**No. 14–6320.**

United States Court of Appeals,
Sixth Circuit.

Aug. 7, 2015.

Before: GILMAN, COOK, and KETHLEDGE, Circuit Judges.

PER CURIAM.

Edward Barker appeals his conviction for possession of oxycodone with intent to distribute it, arguing that the district court erred by denying his motion to suppress evidence that police officers found at his home. We affirm for the reasons set forth in the magistrate judge's recommended disposition.